UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLENNIUM PIPELINE COMPANY, LLC,

CIVIL ACTION NO.: 7:17-CV-06668 (VB)

*Plaintiff*

vs

THE TRAVELERS INDEMNITY COMPANY and CINCINNATI CASUALTY COMPANY,

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Sunnyside, New York.

That on **9/19/2017** at **3:05 PM** at **One State Street, 20th Floor, New York, NY 10004**

deponent served a(n) **Summons in a Civil Action and Complaint, Civil Cover Sheet, Rule 7.1 Statement of Millennium Pipeline Company, LLC, Electronic Case Filing Rules & Instructions, Individual Practices of Judge Vincent L. Briccetti**

on **Cincinnati Casualty Company c/o New York State Department of Financial Services Corporate Affairs Department**, a domestic corporation,

by delivering thereat a true copy of each to **Michelle Birnbaum** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Authorized Agent** thereof.

$40.00 service of process fee payable to the Superintendent of Financial Services was tendered at the time of service.

Description of Person Served:
Gender : Female
Skin : White
Hair : Brown
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight : 131-160 Lbs.
Other :

Sworn to before me this
20th day of September, 2017

------------------------------
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

------------------------------
Di Cong Jiang
License No. 1220800

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160