UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Millennium Pipeline Company,
LLC
                      Plaintiff,

    -against-
The Travelers Indemnity Co. &
Cincinnati Casualty Co.
                      Defendant.
-------------------------------------------------------

Case No. 7:17-cv-6668

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Laurie A. Vahey**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LV0116    My State Bar Number is 2801454

I am,

[ ] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Leclair Korona Vahey Cole LLP
                      FIRM ADDRESS: 28 E. Main Street, Suite 1500, Rochester, NY 14614
                      FIRM TELEPHONE NUMBER: 585-327-4100
                      FIRM FAX NUMBER: 585-327-4200

NEW FIRM:    FIRM NAME: Vahey Muldoon Reston Getz LLP
                      FIRM ADDRESS: 144 Exchange Blvd., Suite 400, Rochester, NY 14614
                      FIRM TELEPHONE NUMBER: 585-262-5130
                      FIRM FAX NUMBER: 585-262-3474

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: May 8, 2018

                                                             ATTORNEY'S SIGNATURE