IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MILLENNIUM PIPELINE COMPANY, LLC, | ) | |
| | ) | **CONSENT TO CHANGE** |
| Plaintiff | ) | **ATTORNEY** |
| | ) | |
| v. | ) | Civil Action No. 7:17-cv-6668 |
| THE TRAVELERS INDEMNITY COMPANY | ) | |
| and CINCINNATI CASUALTY COMPANY, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

We, the undersigned, pursuant to CPLR 321, do hereby consent and agree that Leclair Korona Vahey Cole LLP, Laurie A. Vahey, Esq., attorneys of record for the defendant, Cincinnati Casualty Company, with offices located at 28 E. Main Street, Suite 1500, Rochester, New York 14614, be changed, and that Vahey Muldoon Reston Getz LLP, Laurie A. Vahey, Esq., with offices located at 144 Exchange Blvd., Suite 402, Rochester, New York 14614, be substituted as attorneys for defendant, Cincinnati Casualty Company.

LECLAIR KORONA VAHEY COLE, LLP

Dated: 4/10, 2018   BY: _____
Steven E. Cole, Esq.
28 E. Main Street, Suite 1500
Rochester, New York 14614
(585) 327-4100

VAHEY MULDOON RESTON GETZ, LLP

Dated: May 2, 2018  BY: _____
Laurie A. Vahey, Esq.
144 Exchange Blvd., Suite 402
Rochester, New York 14614
(585) 262-5130

CINCINNATI CASUALTY COMPANY

Dated: May 3, 2018  BY: _____
TERRON KEMP

STATE OF OHIO     )
COUNTY OF         )

On the 3rd day of May, in the year 2018, before me, the undersigned, personally appeared Terron Kemp, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his individual capacity.

Beth Ann Curtis
Notary Public